AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Inmate Mr. Wade Stepney, Jr., | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.    1:12-cv-03411-JMC |
| Mr. Robert E. Ward, SCDC Deputy Director; Mr. Michaiel Mathews, SCDC Classification Director; Ms. Susan Montgomer, SCDC Leg./GOV Regulations; Ms. Livingston, SCDC KCI R&E Classification; Hon. Sen. Robert D. Ford, Correction Penology, | ) ) ) ) ) |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■    The plaintiff, Inmate Mr. Wade Stepney, Jr., shall take nothing of the defendants, Mr. Robert E. Ward, SCDC Deputy Director; Mr. Michaiel Mathews, SCDC Classification Director; Ms. Susan Montgomer, SCDC Leg./GOV Regulations; Ms. Livingston, SCDC KCI R&E Classification; Hon. Sen. Robert D. Ford, Correction Penology, and this action is dismissed with prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint with prejudice.

Date:    July 16, 2015                                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/M. Walker
                                                                                    _____
                                                                                     *Signature of Clerk or Deputy Clerk*